**Deny and Opinion Filed May 27, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-16-00535-CV**

## IN RE AMERICAN REALTY TRUST, INC. AND ART MIDWEST, INC., Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 04-05724**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Schenck
Opinion by Justice Lang-Miers

Relators filed a petition for writ of mandamus, asking this Court to conduct an *in camera* inspection of privileged documents that the trial court ordered to be produced and vacate the trial court's order *in toto*. A writ of mandamus issues to correct a clear abuse of discretion when no adequate remedy by appeal exists. *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Relators have failed to establish that the trial court has clearly abused its discretion. Accordingly, we **DENY** the petition for writ of mandamus.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

160535F.P05